UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

| | |
|---|---|
| ZOFIA KUCZUN AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>         Plaintiff,<br><br>-against-<br><br>RAINBOW USA, Inc., INC. and 85-10/16 JAMAICA ASSOCIATES LLC,<br><br>         Defendants. | Docket No. 22-cv-06667-MKB-SJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

------------------------------------------------------------------------ X

  PLEASE TAKE NOTICE, that the undersigned, attorneys of record for the Plaintiff in the above-captioned action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all the claims asserted or could have been asserted in the above-captioned action and same are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: Syosset, NY 11791
   February 28, 2023

 **BELL LAW GROUP, PLLC**

 By:_____
   Daniel Johnston
   *Attorneys for Plaintiff*
   116 Jackson Blvd.
   Syosset, New York 11791
   (516) 280-3008
   DJ@BellLG.com